# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Holzwart | ) |
| | ) |
| | ) Case No.  1:16-cv-02040 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TeleCheck Services, Inc. | ) |
| | ) |
| | ) **NOTICE OF DISMISSAL** |
| | )   **WITH PREJUDICE** |
| Defendant. | ) |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

**RESPECTFULLY SUBMITTED,**

Suburban Legal Group, LLP


By:   /s/  John P. Carlin
John P. Carlin, Esq.
1305 Remington Road, Suite C
Schaumburg, Il 60173
Tel:  847-843-8600
Fax:  847-843-8605
jcarlin@suburbanlegalgroup.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on April 18, 2016, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the United States Mail to all parties indicated on the electronic filing receipt. The following party was served via regular via Electronic Notice:

/s/ John P. Carlin

**Chris Demetriades**
Senior Counsel
First Data, 3975 NW 120 Ave., Coral Springs, Fl. 33065
Office: 954-845-4550